# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Coachman, Melonie C           §        Case No.  11 B 12143
                                        §
                                        §
Debtor                                  §
                                        §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/23/2011.

2) The plan was confirmed on 06/13/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/19/2011.

5) The case was dismissed on 10/03/2011.

6) Number of months from filing or conversion to last payment: 2.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $6,600.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $550.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$550.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $175.25 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $22.55 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$197.80** |

Attorney fees paid and disclosed by debtor      $326.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Title Loans | Secured | $2,700.00 | $1,669.80 | $1,669.80 | $352.20 | $0 |
| Affinity Credit Services | Unsecured | $250.00 | $250.00 | $250.00 | $0 | $0 |
| Affirmative Premium Finance Inc | Unsecured | $120.78 | NA | NA | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $395.00 | NA | NA | $0 | $0 |
| American Collection Corp | Unsecured | $294.00 | NA | NA | $0 | $0 |
| American InfoSource LP | Unsecured | $217.00 | $224.24 | $224.24 | $0 | $0 |
| Americas Financial Choice Inc | Unsecured | $659.52 | NA | NA | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | NA | $418.96 | $418.96 | $0 | $0 |
| Anthony L Brown MD | Unsecured | $951.00 | NA | NA | $0 | $0 |
| Asset Management Out | Unsecured | $471.00 | NA | NA | $0 | $0 |
| C L Knowles Dds | Unsecured | $760.00 | $347.40 | $347.40 | $0 | $0 |
| Candica LLC | Unsecured | NA | $2,562.76 | $2,562.76 | $0 | $0 |
| CDS | Unsecured | $220.00 | NA | NA | $0 | $0 |
| Check Into Cash | Unsecured | $1,391.00 | NA | NA | $0 | $0 |
| Chicago Heights Medical Consultants | Unsecured | $89.20 | NA | NA | $0 | $0 |
| Clctu, Mutl H | Unsecured | $2,433.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $241.36 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Commonwealth Edison | Unsecured | $1,086.70 | $776.51 | $776.51 | $0 | $0 |
| Credit Collection | Unsecured | $151.43 | NA | NA | $0 | $0 |
| Credit Recovery | Unsecured | $41.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $408.00 | NA | NA | $0 | $0 |
| Enhanced Recovery | Unsecured | $134.00 | NA | NA | $0 | $0 |
| Eric Barnes DDS | Unsecured | $330.00 | NA | NA | $0 | $0 |
| Escallate | Unsecured | $219.60 | NA | NA | $0 | $0 |
| Ffcc Columbus Inc | Unsecured | $197.00 | NA | NA | $0 | $0 |
| First Cash Advance | Unsecured | $585.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | $483.17 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $3,853.00 | $3,853.60 | $3,853.60 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $573.00 | $514.51 | $514.51 | $0 | $0 |
| MCSI | Unsecured | $2,450.00 | NA | NA | $0 | $0 |
| MCSI | Unsecured | $2,700.00 | $2,450.00 | $2,450.00 | $0 | $0 |
| Midland Credit Management | Unsecured | $1,122.00 | $1,123.30 | $1,123.30 | $0 | $0 |
| Midland Credit Management | Unsecured | $1,542.00 | $1,543.57 | $1,543.57 | $0 | $0 |
| MiraMed Revenue Group, LLC | Unsecured | $1,970.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $3,854.00 | NA | NA | $0 | $0 |
| Nco / Inovision-Medclr | Unsecured | $441.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $1,054.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $1,070.80 | $1,127.79 | $1,127.79 | $0 | $0 |
| North Eastern Asset | Unsecured | $520.00 | NA | NA | $0 | $0 |
| Oak Forest Hospital | Unsecured | $520.00 | NA | NA | $0 | $0 |
| Pack Management Group | Unsecured | $64.65 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Prairie State College | Unsecured | $1,587.00 | NA | NA | $0 | $0 |
| Preferred Open MRI | Unsecured | $196.52 | $196.52 | $196.52 | $0 | $0 |
| QC Financial Services | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Quinlan & Fabish Music | Unsecured | $78.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | NA | $2,795.00 | $2,795.00 | $0 | $0 |
| Richton Park Fire Dept | Unsecured | $625.00 | NA | NA | $0 | $0 |
| Robert R Mucci | Unsecured | $115.96 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Robert R Mucci | Unsecured | $115.96 | NA | NA | $0 | $0 |
| Shaffer & Associates | Unsecured | $47.00 | NA | NA | $0 | $0 |
| Simply Storage | Unsecured | $240.00 | NA | NA | $0 | $0 |
| SKO Brenner American | Unsecured | $39.95 | NA | NA | $0 | $0 |
| South Suburban Cardiology | Unsecured | $35.00 | NA | NA | $0 | $0 |
| Southwest Laboratory Physican | Unsecured | $211.40 | NA | NA | $0 | $0 |
| St James Hospital & Health Centers | Unsecured | NA | $1,970.00 | $1,970.00 | $0 | $0 |
| Turnage Group | Unsecured | $1,289.22 | $1,004.48 | $1,004.48 | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $1,669.80 | $352.20 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $1,669.80 | $352.20 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $21,158.64 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $197.80 |
| Disbursements to Creditors | $352.20 |
| **TOTAL DISBURSEMENTS:** | $550.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: June 13, 2012         By: /s/ MARILYN O. MARSHALL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)